NORFOLK & P. R. CO. (GILBOUGH v.). See Case No. 5,419.

NORMA, The (BONE v.). See Case No. 1,626.

---

## Case No. 10,298.
### NORMAN v. HIGGINS.
[Nowhere reported; opinion not now accessible.]